**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JENNIFER DELAINE OWENS** | **CASE NO. 3:21-CV-01187** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SOCIAL SECURITY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the Commissioner's decision is hereby REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 15th day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE